**IT IS SO ORDERED.**

**SIGNED THIS: May 23, 2017**

**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**Springfield**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JOSHUA DANIEL LINDSEY** | ) | |
| | ) | **Case No. 17-70050** |
| **Debtor.** | ) | |
| | ) | |
| . | ) | **Chapter 13** |
| | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Credit Acceptance Corporation having filed a Motion for Relief from Automatic Stay and and the Court having reviewed the pleadings, the Court hereby FINDS that just cause is shown for Relief from Automatic Stay on certain property described as a:

2008 Dodge Durango VIN: 1D8HB48N68F137359 ("Collateral")

**IT IS THEREFORE ORDERED** the automatic stay provisions of 11 U.S.C. Section 362 are hereby terminated, that Movant is granted relief from the automatic stay under 11 U.S.C. § 362 on the above described property, that Federal Bankruptcy Rule 4001(a)(3) is waived

in order to permit Movant to immediately exercise any and all rights provided under non-bankruptcy law, as well as the applicable laws under the State of Illinois. All other relief prayed for is DENIED.

Respectfully submitted,

MARTIN LEIGH PC

s/ Melinda J. Maune
Melinda J. Maune, #49797MO, mjm@martinleigh.com
Amy Tucker Ryan, #49047MO, atr@ martinleigh.com
7710 Carondelet Avenue Suite 217
St. Louis, MO 63105
Telephone: (816) 221-1430
Fax: (816) 221-1044
ATTORNEYS FOR MOVANT

###